IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.                                             Criminal Action No. 5:24-cr-00104

**JACQUELINE BREWSTER**

## GUILTY PLEA

In the presence of my attorney, Emily Szopinski, Esq., who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to Counts One and Three of the Indictment.

_____              DATE: December 11, 2024
Jacqueline Brewster, DEFENDANT

WITNESS:

_____
Emily Szopinski, COUNSEL FOR DEFENDANT