## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

UNITED STATES OF AMERICA

v.                                      CRIMINAL ACTION NO. 5:24-cr-00104

JACQUELINE BREWSTER

### ORDER

On December 11, 2024, all counsel and the Defendant appeared for a guilty plea hearing. Count One of the Indictment charges the Defendant with obtaining a controlled substance by fraud, in violation of 21 U.S.C. § 843(a)(3) and 21 U.S.C. § 846. [Doc. 4]. Count Three charges the Defendant with wrongful disclosure of individually identifiable health information, in violation of 42 U.S.C. §§ 1329d-6(a)(2), (b)(2), and (b)(3). [*Id.*]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on December 11, 2024. [Doc. 39]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 9]. Objections in this case were due on December 30, 2024.  No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 39]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statutes charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:        January 16, 2025

Frank W. Volk
Chief United States District Judge