# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 7/3/2025 | Case Number: | 5:24-cr-00104 |
| Case Style: | USA vs. Jacqueline Brewster | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Timm Boggess

Attorney(s) for the Defendant(s):

Richard Gunnoe

| | |
|---|---|
| Law Clerk: | Carrie Miller |
| Probation Officer: | Shamika Wade |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:13 AM | 11:20 AM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 7 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start Time: 1000
Actual Start Time: 1013

Defendant present in person and by counsel for sentencing as to One and Three of the Indictment
Counsel noted appearances on the record.
Defendant placed under oath by Courtroom Deputy.
Court addresses PSR and remaining objections and late rising objections.
Court ADOPTS findings in PSR.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court ADJUDGES Defendant guilty pursuant to prior plea.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
Custody: Two (2) years as to Count One and Three (3) years as to Count Three, both terms of imprisonment shall be served consecutively.
Supervised Release: One (1) year as to Count One and Three (3) years as to Count Three, to be served concurrently.
Fine: none imposed
Assessment: $200
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Count 2 DISMISSED upon motion of Government.
Defendant REMANDED to the custody of the USMS
Court recessed at 1120